```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU,<br><br>Plaintiff,<br><br>v.<br><br>616 FIRST AVENUE LLC, FOURTH AVENUE PROPERTY OWNER LLC, and 514 WEST 24TH OWNER LLC,<br><br>Defendants. | Case No. 20-cv-06942(VEC)<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff Employers Insurance Company of Wausau and Defendants 616 First Avenue LLC, Fourth Avenue Property Owner LLC and 514 West 24th Owner LLC that: (1) Defendants agree to withdraw the pending Motion to Dismiss (ECF No. 16); and (2) the time within which Defendants must answer the Complaint is hereby extended until December 14, 2020.

Dated: November 13, 2020

By: /s/ Cara C. Vecchione
Gerald P. Dwyer, Jr. (gd0329)
Cara C. Vecchione (cv2000)
ROBINSON & COLE LLP
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
gdwyer@rc.com
cvecchione@rc.com

*Attorneys for Plaintiff Employers Insurance Company*

Dated: November 13, 2020

By: *Greg G. Gutzler* (signature)
Greg G. Gutzler
DICELLO LEVITT GUTZLER LLC
44 Madison Avenue
New York, New York 10022
Telephone: (314) 833-6645
ggutzler@dicellolevitt.com

*Attorneys for Defendants 616 First Avenue LLC, Fourth Avenue Property Owner LLC and 514 West 24th Owner LLC*

The Clerk of Court is respectfully directed to terminate the open motion at docket entry 16.

So Ordered: _____   Date: November 16, 2020
Hon. Valerie E. Caproni