USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
EMPLOYERS INSURANCE COMPANY OF
WAUSAU,

                      Plaintiff,

           -against-                            20-CV-6942 (VEC)

                                                ORDER

616 FIRST AVENUE LLC, FOURTH AVENUE
PROPERTY OWNER LLC, AND 514 WEST
24TH OWNER LLC,

                      Defendants.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS an initial pretrial conference in this matter is currently scheduled for Friday, December 4, 2020, at 10:00 A.M., Dkts. 23, 26;

      IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the conference is adjourned to **Tuesday, December 8, 2020, at 2:30 P.M.**  All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 6942.  All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.  Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date:  December 2, 2020
       New York, New York

                                                        **VALERIE CAPRONI**
                                                   **United States District Judge**