```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
EMPLOYERS INSURANCE COMPANY OF            :
WAUSAU,                                                                :
                            Plaintiff,           :
                                       :
             -against-                                    :            20-CV-6942 (VEC)
                                       :
                                       :            <u>ORDER</u>
616 FIRST AVENUE LLC, FOURTH AVENUE  :
PROPERTY OWNER LLC, AND 514 WEST       :
24TH OWNER LLC,                                              :
                                       :
                          Defendants.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS an initial pretrial conference was held on December 8, 2020;

      IT IS HEREBY ORDERED:

1. No later than **December 15, 2020**, Defendants must submit a letter identifying the members of the three Defendant LLCs and their respective citizenships. If any of the members is, itself, an LLC, the letter must identify those members and their citizenship as well.

2. A case management plan will be entered separately.

**SO ORDERED.**

                                                                          _____
**Date:  December 8, 2020**                      **VALERIE CAPRONI**
      **New York, New York**                **United States District Judge**