USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2020

**DICELLO LEVITT GUTZLER**

444 MADISON AVENUE   FOURTH FLOOR   NEW YORK, NEW YORK 10022

December 29, 2020

**MEMO ENDORSED**

**VIA CM/ECF FILING**
Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      **Re:** *Employer's Insurance Company of Wausau v. 616 First Avenue LLC, Fourth Avenue Property Owner LLC, and 514 West 24th Owner LLC*, Case No. 20-cv-06942

Dear Judge Caproni,

      The parties have been involved in lengthy discussions relative to the current status of this case and this Court's subject matter jurisdiction inquiry. As a result of these discussions the parties have agreed that the Defendants in this case, 616 First Avenue LLC, Fourth Avenue Property Owner LLC, and 514 West 24th Owner LLC, will commence an action in state court in New York. Upon this action being filed, a copy of the complaint will be sent to Plaintiff's counsel. It is anticipated that this complaint will be filed by December 31, 2020. Once the case is filed in state court in New York and sent to Plaintiff's counsel this case will be dismissed by Plaintiff without prejudice.

      In consideration of this correspondence the Defendants would request this Court vacate or stay the order regarding subject matter jurisdiction (Dkt. Nos. 36 and 39) inasmuch as this case will be dismissed.

      Respectfully submitted,

      */s/ Greg G. Gutzler*

      Greg G. Gutzler

cc:   All Counsel of Record via ECF

Defendants' time to respond to the Court's December 15, 2020 Order is hereby adjourned to January 15, 2021. This deadline will be canceled and the case closed upon receipt of a properly filed notice of voluntary dismissal.

SO ORDERED.

Date: December 30, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE